# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**JOANNA PUE and SHANNON KOZMIC,**

       **Plaintiffs,**

v.                                                Case No: 6:22-cv-1440-PGB-LHP

**KIA AMERICA, INC., HYUNDAI MOTOR AMERICA and HYUNDAI KIA AMERICA TECHNICAL CENTER, INC.,**

       **Defendants.**

_____/

## ORDER TO SHOW CAUSE

      This case is before the Court upon periodic review. Plaintiffs have failed to comply with the Court's Initial Case Order (Doc. No. 4) of August 16, 2022 directing counsel to file a Notice of Pendency of Other Actions and a Certificate of Interested Persons.

      Therefore, it is **ORDERED** that Plaintiffs shall **SHOW CAUSE** and file a response to said Order within **fourteen (14)** days from the date of this Order. Failure to comply with this Order may result in dismissal of the case without further notice or other appropriate sanctions.

      **DONE AND ORDERED** in Orlando, Florida on September 6, 2022.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties