United States District Court
Middle District of Florida
Orlando Division

*Joanna K. Pue, et. al.,*

    *Plaintiffs,*

v.                                                            No. 6:22-cv-01440

**Kia America, Inc., et. al.**

    *Defendants.*

---

**PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE [DOC. 10]**

On September 6, 2022, this Court issued its Order to Show Cause [Doc. 10], regarding the filing of Plaintiff's Certificate of Interested Persons and Notice of Pendency of Other Actions.

The failure to file the Certificate of Interested Persons and Notice of Pendency of Other Actions was due to an error in communication on the part of co-counsel.  Counsel and co-counsel apologize to the Court for this oversight and have discussed this matter in order to prevent this from occurring in the future.

Filed with this response is the completed Certificate of Interested Persons and Notice of Pendency of Other Actions for the Court's review.

Dated:  September 9, 2022

1

*/s/ Bradford Rothwell Sohn*
**The Brad Sohn Law Firm, PLLC**
 2990 Ponce De Leon Boulevard
 Suite 300
 Coral Gables, Florida 33134
Telephone: (786) 708-9750
Facsimile: (305) 397-0650

By:  */s/ Brad R. Sohn*
 Brad R. Sohn
 Florida Bar No. 98788

And


HUMPHREY, FARRINGTON & McCLAIN
Kenneth B. McClain  *To be admitted Pro Hac Vice*
Jonathan M. Soper  *To be admitted Pro Hac Vice*
Kevin D. Stanley  *To be admitted Pro Hac Vice*
Chelsea M. Pierce  *To be admitted Pro Hac Vice*
221 West Lexington, Ste. 400
P.O. Box 900
Independence, MO 64051
Telephone: (816) 836-5050
Facsimile: (816) 836-8966
kbm@hfmlegal.com
jms@hfmlegal.com
kds@hfmlegal.com
cmp@hfmlegal.com
**ATTORNEYS FOR PLAINTIFFS**

2