United States District Court
Middle District of Florida
Orlando Division

*Joanna K. Pue, et. al.,*

    *Plaintiffs,*

v.                                        No. 6:22-CV-01440

**Kia America, Inc., et. al.**

    *Defendants.*

___

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

    I hereby disclose the following pursuant to this Court's Order on Interested Persons and Corporate Disclosure:

    1.    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:

Plaintiff Joanna Pue
Plaintiff Shannon Kozmic
Yet to be identified putative class members
Plaintiffs' attorney Bradford R. Sohn (The Brad Sohn Law Firm, PLLC)
Plaintiffs' attorney Kenneth B. McClain (Humphrey, Farrington & McClain, P.C.)
Plaintiffs' attorney Jonathan M. Soper (Humphrey, Farrington & McClain, P.C.)
Plaintiffs' attorney Chelsea M. Pierce (Humphrey, Farrington & McClain, P.C.)
Plaintiffs' attorney Kevin D. Stanley (Humphrey, Farrington & McClain, P.C.)
Defendants' counsel as identified in defendants' statement
Defendant Kia America, Inc.
Defendant Hyundai Motor America
Defendant Hyundai Kia America Technical Center, Inc.

1

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

Defendant Kia America, Inc.
Defendant Hyundai Motor America
Defendant Hyundai Kia America Technical Center, Inc.
Additional entities as identified in defendants' statement

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):

Plaintiffs are not aware of any additional entities beyond those identified above

4. The name of each victim (individual and corporate), including every person who may be entitled to restitution:

Plaintiffs and yet to be identified putative class members.

5. Check on of the following:

__X__ a. I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

____ b. I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows:

*/s/ Bradford Rothwell Sohn*

**The Brad Sohn Law Firm, PLLC**
2990 Ponce De Leon Boulevard
Suite 300
Coral Gables, Florida 33134
Telephone: (786) 708-9750
Facsimile: (305) 397-0650

By: */s/Brad R. Sohn*
　　　Brad R. Sohn
Florida Bar No. 98788

And

        HUMPHREY, FARRINGTON & McCLAIN

| | |
|---|---|
| Kenneth B. McClain | *To be admitted Pro Hac Vice* |
| Jonathan M. Soper | *To be admitted Pro Hac Vice* |
| Kevin D. Stanley | *To be admitted Pro Hac Vice* |
| Chelsea M. Pierce | *To be admitted Pro Hac Vice* |

221 West Lexington, Ste. 400
P.O. Box 900
Independence, MO 64051
Telephone: (816) 836-5050
Facsimile: (816) 836-8966
kbm@hfmlegal.com
jms@hfmlegal.com
kds@hfmlegal.com
cmp@hfmlegal.com
**ATTORNEYS FOR PLAINTIFFS**