United States District Court
Middle District of Florida
Orlando Division

*Joanna K. Pue, et. al.,*

   *Plaintiffs,*

v.             No. 6:22-cv-01440

**Kia America, Inc., et. al.**

   *Defendants.*

_____

### NOTICE OF PENDENCY OF OTHER ACTIONS

   In accordance with Local Rule 1.07, I hereby certify that the instant action:

 X  IS   related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

  Cynthia Yeghiaian, et al. v. Kia America, Inc., et al.,
  C.D. California, Case No.: 8:22-cv-01440

  Katelyn McNerney, et al. v. Kia America, Inc., et al.
  C.D. California, Case No. 8:22-cv-01548

  Heather Jones v. Kia America, Inc., et al.,
  District of Colorado, Case No. 1:22-cv-02123

  Erica Loburgio, et al. v. Kia America, Inc., et al.,
  N.D. Illinois, Case No. 1:22-cv-04071

  Ann Brady, et al. v. Kia America, Inc., et al.,
  S.D. Iowa, Case No. 4:22-cv-00252

  Charles W. Simmons, et al. v. Kia America, Inc., et al.,
  District of Kansas, Case No. 2:22-cv-02288

Rita Day v. Kia America, Inc., et al.,
E.D. Kentucky, Case No. 5:22-cv-00202

Brian Bendorf, et al. v. Kia America, Inc., et al.,
W.D. Missouri, Case No. 4:22-cv-00465

Cobi Bissell v. Kia Motors America, Inc., et al.,
W.D. Missouri; Case No. 4:22-cv-00548

Amber Hall v. Kia America, Inc., et al.,
District of Nebraska, Case No. 4:22-cv-03155

Stacie Moon v. Kia America, Inc., et al.
S.D. New York, Case No. 1:22-cv-7433

Jo Taylor Slovak v. Kia America, Inc., et al.,
N.D. Ohio, Case No. 3:22-cv-01432

Miriam Fruhling, et al. v. Kia America, Inc., et al.,
S.D. Ohio, Case No. 1:22-cv-451

Jon Bodie, et al. v. Kia America, Inc., et al.,
S.D. Texas, Case No. 4:22-cv-2603

Stephanie Marvin, et al. v. Kia America, Inc., et al.,
E.D. Wisconsin, Case No. 2L21-cv-01146

Steve Zanmiller, et al v. Kia America, Inc., et al
District of Minnesota, Case No. 0:22-cv-02149


_____ IS NOT    related to any pending or closed civil or criminal case filed
with this Court, or any other Federal or State court, or administrative agency.

I further ce4rtify that I will serve a copy of this Notice of Pendency of
Other Actions upon each party no later than fourteen days after appearance of
the party.

Dated:       September 9, 2022

*/s/ Bradford Rothwell Sohn*

**The Brad Sohn Law Firm, PLLC**
      2990 Ponce De Leon Boulevard
      Suite 300
      Coral Gables, Florida 33134
Telephone: (786) 708-9750
Facsimile: (305) 397-0650

By:    */s/ Brad R. Sohn*
      Brad R. Sohn
      Florida Bar No. 98788

And

HUMPHREY, FARRINGTON & McCLAIN
Kenneth B. McClain     *To be admitted Pro Hac Vice*
Jonathan M. Soper     *To be admitted Pro Hac Vice*
Kevin D. Stanley     *To be admitted Pro Hac Vice*
Chelsea M. Pierce     *To be admitted Pro Hac Vice*
221 West Lexington, Ste. 400
P.O. Box 900
Independence, MO 64051
Telephone: (816) 836-5050
Facsimile: (816) 836-8966
kbm@hfmlegal.com
jms@hfmlegal.com
kds@hfmlegal.com
cmp@hfmlegal.com
**ATTORNEYS FOR PLAINTIFFS**

**Defendant(s) counsel of Record**
or Pro Se Party