# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| JOANNA K. PUE and SHANNON KOZMIC, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KIA AMERICA, INC., HYUNDAI MOTOR AMERICA, and HYUNDAI KIA AMERICA TECHNICAL CENTER, INC.,<br><br>Defendants. | Case No. 6:22-cv-01440<br><br>Hon. Paul G. Byron |

## UNOPPOSED MOTION TO EXTEND TIME

Plaintiffs Joanna K. Pue and Shannon Kozmic (together, "Plaintiffs") and Defendants Kia America, Inc., Hyundai Motor America, and Hyundai America Technical Center, Inc. (collectively, "Defendants") (together with Plaintiffs, the "Parties"), by and through their respective counsel, hereby agree to the following with reference to the following facts:

1. Plaintiffs filed their complaint on or around August 12, 2022. The complaint was served on Defendant Kia America, Inc. ("Kia") on or around September 21, 2022, and Kia's current deadline to respond to the complaint is October 12, 2022.

2. On or around August 31, 2022, plaintiffs in an action entitled *McNerney v. Kia America, Inc.*, No. 8:22-cv-01548 (C.D. Cal. Aug. 19, 2022), moved the U.S. Judicial Panel on Multidistrict Litigation (the "Panel") for an order transferring and consolidating certain related actions, including this action ("Related Actions"). That motion is currently pending before the Panel in MDL No. 3052. The next available

date that the Panel has for hearing argument on such motion is December 1, 2022.

3. As of the date of this filing, there are thirty-one (31) Related Actions pending in eighteen (18) district courts across the United States: the Central District of California, the District of Colorado, the Middle District of Florida, the Northern District of Illinois, the Southern District of Iowa, the District of Kansas, the Eastern District of Kentucky, the Eastern District of Louisiana, the Eastern District of Michigan, the District of Minnesota, the Western District of Missouri, the District of Nebraska, the Southern District of New York, the Northern District of Ohio, the Southern District of Ohio, the Western District of Tennessee, the Southern District of Texas, and the Eastern District of Wisconsin. All parties agree that the Related Actions should be centralized.

4. As of the date of this filing, seven (7) Related Actions in the Central District of California, the Southern District of Iowa, the District of Kansas, the Eastern District of Kentucky, and the Western District of Missouri have been granted stipulations to extend the time for Defendants to respond to December 20, 2022—after the potential December 1, 2022 hearing date before the Panel. Several plaintiff's counsel in additional Related Actions have also agreed to stipulate to this date.

5. In light of the foregoing, including given the pending motion to transfer and possibility of a December 1, 2022 hearing date before the Panel, the Parties have agreed to set Defendants' deadline to file a responsive pleading as December 20, 2022. The Parties have agreed that this timing is reasonable, serves the interest of judicial economy, would reduce fees and costs to the Parties, and would reduce the burden on the Court and its staff.

NOW, THEREFORE, the Parties hereby AGREE and respectfully jointly MOVE the Court for an order as follows:

1. Defendants' deadline to file their responsive pleadings shall be and is December 20, 2022.

IT IS SO AGREED.

Dated : October 11, 2022

Respectfully submitted

/s Bradford  R. Sohn
Bradford Rothwell Sohn
BRAD SOHN LAW FIRM, PLLC
1600 Ponce De Leon Blvd, Suite 1205
Coral Gables, FL 33134
Telephone: (786) 708-9750
Facsimile: (305) 397-0650
Brad@bradsohnlaw.com

Kenneth B. McClain (*pro hac vice* forthcoming)
Kevin D. Stanley (*pro hac vice* forthcoming)
HUMPHREY, FARRINGTON & MCCLAIN, P.C.
221 West Lexington Ave., Suite 400
Independence, MO 64051
Telephone: (816) 836-5050
Facsimile: (816) 836-8966
kbm@hfmlegal.com
kds@hfmlegal.com

*Attorneys for Plaintiffs Joanna K. Pue and Shannon Kozmic*

Dated:  October 11, 2022    Respectfully submitted.

/s/ Peter J. Brennan
Peter J. Brennan (*pro hac vice* forthcoming)
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654-3456
Telephone: (312) 222-9350
Fax: (312) 527-0484
PBrennan@jenner.com

Alice S. Kim (*pro hac vice* forthcoming)
JENNER & BLOCK LLP
515 South Flower Street, Suite 3300
Los Angeles, California 90071-2246
Telephone: (213) 239-5100
Fax: (213) 239-5199
AKim@jenner.com

*Attorneys for Defendants Kia America, Inc., Hyundai Motor America, and Hyundai America Technical Center, Inc.*