AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| Joanna Pue and Shannon Kozmic, | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 6:22-cv-1440-PGB-LHP |
| Kia America, Inc.; Hyundai Motor America; and Hyundai Kia America Technical Center | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   KIA America, Inc.,
111 Peters Canyon Rd.
Irvine, CA 92606

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    The Brad Sohn Law Firm, PLLC 2990 Ponce De Leon BoulevardSuite 300
Coral Gables, Florida 33134Telephone: (786) 708-9750Facsimile: (305) 397-0650
HUMPHREY, FARRINGTON & McCLAIN221 West Lexington, Ste. 400
Independence, MO 64051 Telephone: (816) 836-5050 kbm@hfmlegal.com
jms@hfmlegal.com; kds@hfmlegal.com; cmp@hfmlegal.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*Richard Olsen*

Date:  **Aug 30, 2022**                                                                        _____
*Signature of Clerk or*

## **RETURN OF SERVICE**

### UNITED STATES DISTRICT COURT
### Middle District of Florida

Case Number: 6:22-CV-01440-PGB-LHP

Plaintiff/Petitioner:
**JOANNA PUE, et al.**

vs.

Defendant/Respondent:
**KIA AMERICA, INC., et al.**

For:
Heather Benker
HUMPHREY, FARRINGTON & MCCLAIN, P.C.
221 West Lexington
Suite 400
Independence, MO 64051

Received by HPS Process Service & Investigations, Inc. on the 21st day of September, 2022 at 9:19 am to be served on **Kia America, Inc., c/o CT Corporation System, 330 North Brand Boulevard, Suite 700, Glendale, CA 91203.**

I, Jim Sands, do hereby affirm that on the **21st day of September, 2022 at 11:44 am, I:**

Served **Kia America, Inc., c/o CT Corporation System** by delivering a true copy of the **Summons in a Civil Action and Class Action Complaint & Demand for Jury Trial** to **Daisy Montenegro** as **Business Agent**, at the address of **330 N Brand Blvd, Ste 700, Glendale, CA 91203.**

**Description** of Person Served: Age: 35, Sex: F, Race/Skin Color: Hispanic, Height: 5'4", Weight: 150, Hair: Black, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served. I declare under penalty of perjury under the laws of the state in which the process was served that the foregoing is true and correct.

Jim Sands
914

HPS Process Service & Investigations, Inc.
www.hpsprocess.com
1669 Jefferson Street
Kansas City, MO 64108
(800) 796-9559

Our Job Serial Number: HAT-2022016251