# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Middle District of Florida

Case Number: 6:22-CV-01440-PGB-LHP

Plaintiff/Petitioner:
JOANNA PUE, et al.
vs.
Defendant/Respondent:
KIA AMERICA, INC., et al.

Received by HPS Process Service & Investigations to be served on **Hyundai Kia America Technical Center, Inc., 6800 Geddes Road, Superior Township, MI 48198.** I, MIGUEL BRUCE, being duly sworn, depose and say that on the 27TH day of SEPT, 2022 at 11:23 a.m., executed service by delivering a true copy of the Summons in a Civil Action and Class Action Complaint & Demand for Jury Trial in accordance with state statutes in the manner marked below:

( ) REGISTERED AGENT SERVICE: By serving _____
as _____ for the above-named entity.

( ) RECORDS CUSTODIAN SERVICE: By serving _____
as _____ for the above-named entity.

(X) CORPORATE SERVICE: By serving MS JOSELYN SMITH
as LEGAL DEPARTMENT for the above-named entity.

( ) OTHER SERVICE: As described in the Comments below.

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** _____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made. I declare under penalty of perjury that the foregoing is true and correct.

Subscribed and Sworn to before me on the 27th day of Sept, 2022 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

TERESA M. GUESS
NOTARY PUBLIC, STATE OF MI
COUNTY OF WAYNE
MY COMMISSION EXPIRES Jul 7, 2027
ACTING IN COUNTY OF Wayne & Washtenaw

_____
PROCESS SERVER # _____
Appointed in accordance with State Statutes

HPS Process Service & Investigations
www.hpsprocess.com
1669 Jefferson
Kansas City, MO 64108
(800) 796-9559

Our Job Serial Number: 2022016250

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2i

