United States District Court
Middle District of Florida
Orlando Division

*Joanna K. Pue, et. al.,*

    *Plaintiffs,*

v.                              No. 6:22-cv-01440

**Kia America, Inc., et. al.**

    *Defendants.*

---

## Unopposed Motion for Special Admission

Kenneth B. McClain, Esquire, moves for special admission to represent Joanna K. Pue and all other Plaintiffs' in this action.

I am neither a Florida resident nor a member in good standing of The Florida Bar.

I am a member in good standing of a bar of a United States district court; specifically, Supreme Court State of Missouri.

I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have initially appeared in the last thirty-six months in no cases in state or federal court in Florida.

I will comply with the federal rules and this Court's local rules.

I am familiar with 28 U.S.C. § 1927, which provides:

Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

                              /s/ Kenneth B. McClain
                              Kenneth B. McClain
                              Humphrey, Farrington & McClain, P.C.
                              221 W. Lexington, Ste. 400
                              Independence, MO 64051
                              Telephone: (816) 836-5050
                              kbm@hfmlegal.com

## Local Rule 3.01(g) Certification

I have conferred with the opposing party and represent the opposing party do not object to my special admission.

/s/ Kenneth B. McClain
Kenneth B. McClain
Humphrey, Farrington & McClain, P.C.
221 W. Lexington, Ste. 400
Independence, MO 64051
Telephone: (816) 836-5050
kbm@hfmlegal.com