# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JOANNA PUE and SHANNON KOZMIC,

        Plaintiffs,

v.   Case No:   6:22-cv-1440-PGB-LHP

KIA AMERICA, INC., HYUNDAI MOTOR AMERICA and HYUNDAI KIA AMERICA TECHNICAL CENTER, INC.,

        Defendants.

## ORDER

This cause came on for consideration without oral argument on the following motions filed herein:

> **MOTION:   UNOPPOSED MOTION FOR SPECIAL ADMISSION (Doc. No. 20)**
>
> **FILED:      October 19, 2022**
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

> **MOTION:   UNOPPOSED MOTION FOR SPECIAL ADMISSION (Doc. No. 21)**

> **FILED:** October 19, 2022
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

Kenneth B. McClain, Esq. and Kevin D. Stanley, Esq. seek to specially appear in this matter as counsel for Plaintiffs. Doc. Nos. 20, 21. According to both motions, counsel are "member[s] in good standing of a bar of a United States district court; specifically, Supreme Court State of Missouri." *Id.* at 1. However, the "Supreme Court State of Missouri" is not a United States district court, and thus, the motions do not meet the requirements of Local Rule 2.01(c)(2).

**DONE** and **ORDERED** in Orlando, Florida on October 20, 2022.

*[signature]*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties