**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

JOANNA K. PUE, on behalf of herself
and all others similarly situated,

and

SHANNON KOZMIC, on behalf of herself
and all others similarly situated,

        Plaintiffs,

vs.                                     Case No.:  6:22-cv-01440-PGB-LHP

KIA AMERICA, INC., HYUNDAI
MOTOR AMERICA, and HYUNDAI
KIA AMERICA TECHNICAL CENTER, INC.,

        Defendants.
_____/

**DEFENDANTS KIA AMERICA, INC., HYUNDAI MOTOR AMERICA,
AND HYUNDAI AMERICA TECHNICAL CENTER, INC.'S
RULE 7.1 AND LOCAL RULE 3.03 CERTIFICATE OF INTERESTED
PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, Defendants Kia America, Inc., Hyundai Motor America, and Hyundai America Technical Center, Inc. (collectively, "Defendants") hereby state as follows:

    1.    Kia Corporation is the parent of Defendant Kia America, Inc.

    2.    Hyundai Motor Company is the parent of Defendants Hyundai Motor America and Hyundai America Technical Center, Inc.

    3.    The following persons might have an interest in the outcome of this matter:

    Joanna K. Pue, Plaintiff
    Shannon Kozmic, Plaintiff
    The Brad Sohn Law Firm, PLLC, Counsel for Plaintiffs
    Bradford R. Sohn, Counsel for Plaintiffs
    Humphrey, Farrington & McClain, P.C., Counsel for Plaintiffs
    Kenneth B. McClain, Counsel for Plaintiffs
    Jonathan M. Soper, Counsel for Plaintiffs
    Chelsea M. Pierce, Counsel for Plaintiffs
    Kevin D. Stanley, Counsel for Plaintiffs
    Kia America, Inc., Defendant
    Hyundai Motor America, Defendant
    Hyundai America Technical Center, Inc., Defendant
    Kia Corporation, Defendant Kia America, Inc.'s parent
    Hyundai Motor Company, Defendants Hyundai Motor America and Hyundai America Technical Center, Inc.'s parent
    Hill Ward & Henderson, P.A., Counsel for Defendants
    Joshua C. Webb, Counsel for Defendants
    Jenner & Block LLP, Counsel for Defendants
    Peter J. Brennan, Counsel for Defendants
    Alice S. Kim, Counsel for Defendants

Undersigned counsel certifies that, except as disclosed, undersigned counsel is unaware of an actual or potential conflict of interest affecting the district judge or magistrate judge in this action, and will immediately notify the judge in writing within fourteen days after undersigned counsel knows of a conflict.

    Respectfully submitted,

    s/*Joshua C. Webb*
    Joshua C. Webb (FBN 51679)
    Josh.Webb@hwhlaw.com
    Val.Taylor@hwhlaw.com
    Hill Ward & Henderson, P.A.
    101 E. Kennedy Boulevard, Suite 3700
    Tampa, Florida 33602
    Tel: (813) 221-3900
    Fax: (813) 221-2900

        - and -

Peter J. Brennan
*(PHV forthcoming)*
PBrennan@jenner.com
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654-3456
Tel: 312 222-9350

Alice S. Kim
*(PHV forthcoming)*
AKim@jenner.com
Jenner & Block LLP
515 South Flower Street, Suite 3300
Los Angeles, CA 90071-2246
Tel: 213 239-5100

*Attorneys for Defendants*