# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

JOANNA K. PUE, on behalf of herself
and all others similarly situated,

and

SHANNON KOZMIC, on behalf of herself
and all others similarly situated,

    Plaintiffs,

vs.              Case No.: 6:22-cv-01440-PGB-LHP

KIA AMERICA, INC., HYUNDAI
MOTOR AMERICA, and HYUNDAI
KIA AMERICA TECHNICAL CENTER, INC.,

    Defendants.
_____/

## UNOPPOSED MOTION TO ADMIT
## PETER J. BRENNAN *PRO HAC VICE*

  Peter J. Brennan of the law firm of Jenner & Block LLP, located at 353 N. Clark Street, Chicago, IL 60654-3456, by and through undersigned counsel and pursuant to Local Rule 2.01(c), hereby moves the Court for entry of an Order admitting him to appear *pro hac vice* as counsel for Defendants. In support of this Motion, it is stated:

  1. Peter J. Brennan is not a resident of the State of Florida and is not a member in good standing of The Florida Bar.

  2. Peter J. Brennan is a member in good standing of the bar of the following United States district court(s):

    a. US District Court, Northern District of Illinois

    b. US District Court, Northern District of Illinois (Trial Bar)

    c. US District Court, Southern District of New York

    d. US District Court, Eastern District of New York

    e. US District Court, Eastern District of Michigan

    f. US District Court, Eastern District of Wisconsin

3. Peter J. Brennan has not abused the privilege of special admission by maintaining a regular practice of law in Florida.

4. Peter J. Brennan has not appeared in any case in state or federal court in Florida in the last thirty-six months.

5. Undersigned counsel acknowledges that Peter J. Brennan is familiar with 28 U.S.C. § 1927, and will comply with the federal rules and the Local Rules of the United States District Court for the Middle District of Florida.

6. Upon the filing of this Motion, Peter J. Brennan will pay his special admission fees, and will register with the Middle District of Florida's CM/ECF system.

7. Peter J. Brennan affirms the oath, which states:

> I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

                                                        s/*Peter J. Brennan*

## **LOCAL RULE 3.01(g) CERTIFICATION**

Pursuant to Local Rule 3.01(g), undersigned counsel certifies that the moving party has conferred in good faith with counsel for Plaintiffs, and Plaintiffs do not oppose the relief requested in this motion.

Respectfully submitted,

s/*Joshua C. Webb*
Joshua C. Webb (FBN 51679)
Josh.Webb@hwhlaw.com
Val.Taylor@hwhlaw.com
Hill Ward & Henderson, P.A.
101 E. Kennedy Boulevard, Suite 3700
Tampa, Florida 33602
Tel: (813) 221-3900
Fax: (813) 221-2900

- and -

Peter J. Brennan
*(PHV forthcoming)*
PBrennan@jenner.com
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654-3456
Tel: 312 222-9350

Alice S. Kim
*(PHV forthcoming)*
AKim@jenner.com
Jenner & Block LLP
515 South Flower Street, Suite 3300
Los Angeles, CA 90071-2246
Tel: 213 239-5100

*Attorneys for Defendants*