## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

JOANNA K. PUE, on behalf of herself
and all others similarly situated,

and

SHANNON KOZMIC, on behalf of herself
and all others similarly situated,

        Plaintiffs,

vs.                         Case No.:  6:22-cv-01440-PGB-LHP

KIA AMERICA, INC., HYUNDAI
MOTOR AMERICA, and HYUNDAI
KIA AMERICA TECHNICAL CENTER, INC.,

        Defendants.

_____/

## NOTICE OF RELATED ACTIONS

      In accordance with Local Rule 1.07(c), I certify that the instant action:

  _X_    IS        related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

      In re Kia Hyundai Vehicle Theft Litigation,
Judicial Panel on Multidistrict Litigation, MDL No. 3052

      Cynthia Yeghiaian, et al. v. Kia America, Inc., et al.,
C.D. California, Case No. 8:22-cv-01440

      Katelyn McNerney, et al. v. Kia America, Inc., et al.
C.D. California, Case No. 8:22-cv-01548

      Mitchell Cohen, et al. v. Kia America, Inc., et al.
C.D. California, Case No. 8:22-cv-01664

Miyoshi Morrow, et al. v. Kia America, Inc., et al
C.D. California, Case No. 8:22-cv-01674

Monique E. Baker, et al. v. Kia America, Inc., et al
C.D. California, Case No. 8:22-cv-01712

Steven C. Hufford v. Kia America, Inc., et al
C.D. California, Case No. 8:22-cv-01715

Stephanie McQuarrie, et al. v. Kia America, Inc., et al.
C.D. California, Case No. 8:22-cv-01721

Lauren Henry, et al. v. Kia America, Inc., et al.
C.D. California, Case No. 8:22-cv-01729

Eugenia Sampson, et al. v. Kia America, Inc., et al.
C.D. California, Case No. 8:22-cv-01815

Victoria Mohr, et al. v. Kia America, Inc., et al.
C.D. California, Case No. 8:22-cv-01905

Courtney Fehrenbach, et al. v. Hyundai Motor America, et al.
C.D. California, Case No. 8:22-cv-01922

Kerry Lamons, et al. v. Kia America, Inc., et al.
C.D. California, Case No. 8:22-cv-01956

Heather Jones v. Kia America, Inc., et al.,
District of Colorado, Case No. 1:22-cv-02123

Jennifer Fisher v. Kia America, Inc., et al.
D. Colorado, Case No. 1:22-cv-02367

Mary Horne v. Kia America, Inc. et al.
N.D. Illinois, Case No. 1:22-cv-04062

Erica Loburgio, et al. v. Kia America, Inc., et al.,
N.D. Illinois, Case No. 1:22-cv-04071

Brandye Burnett v. Kia America, Inc., et al.
N.D. Indiana, Case No. 2:22-cv-00295

Ann Brady, et al. v. Kia America, Inc., et al.,
S.D. Iowa, Case No. 4:22-cv-00252

Charles W. Simmons, et al. v. Kia America, Inc., et al.,
D. Kansas, Case No. 2:22-cv-02288

Rita Day v. Kia America, Inc.
E.D. Kentucky, Case No. 5:22-cv-00202

Juliette Neves v. Kia America, Inc., et al.
E.D. Louisiana, Case No. 2:22-cv-03630

Casey DeKam, et al. v. Kia America, Inc., et al.
E.D. Michigan, Case No. 2:22-cv-12198

Steve Zanmiller, et al. v. Kia America, Inc., et al.
D. Minnesota, Case No. 0:22-cv-2149

LaShaun Johnson v. Kia America, Inc., et al.
D. Minnesota, Case No. 0:22-cv-02164

Robert Ballis, et al. v. Kia America, Inc., et al.
D. Minnesota, Case No. 0:22-cv-02328

Lisa Hilliard, et al. v. Kia America, Inc., et al.
D. Minnesota, Case No. 0:22-cv-02431

Preston Broadway v. Kia America, Inc., et al.
D. Minnesota, Case No. 0:22-cv-02511

Jeff Spores v. Kia America, Inc., et al.
D. Minnesota, Case No. 0:22-cv-02583

Brian Bendorf et al. v. Kia America, Inc. et al.
W.D. Missouri, Case No. 4:22-cv-00465

Cobi Bissell v. Hyundai Motor America, Inc., et al.
W.D. Missouri, Case No. 4:22-cv-00548

Amber Hall v. Kia America, Inc., et al.
D. Nebraska, Case No. 4:22-cv-03155

Stacie Moon v. Kia America, Inc. et al.
S.D. New York, Case No. 1:22-cv-07433

Jo Taylor Slovak, et al. v. Kia America, Inc., et al.
N.D. Ohio, Case No. 3:22-cv-01432

Miriam Fruhling, et al. v. Kia America, Inc., et al.
S.D. Ohio, Case No. 1:22-cv-00451

Zoraida Rivera v. Kia America, Inc., et al.
E.D. Pennsylvania, Case No. 2:22-cv-04074

Tempest Walker v. Kia America, Inc., et al.
W.D. Tennessee, Case No. 2:22-cv-02678

Jon Bodie, et al. v. Kia America, Inc., et al.
S.D. Texas, Case No. 4:22-cv-02603

Stefanie Marvin, et al. v. Kia America, Inc., et al.
E.D. Wisconsin, Case No. 2:21-cv-01146

_____   IS NOT       related to any pending or closed civil or criminal case filed with
this Court, or any other Federal or State court, or administrative
agency.

I further certify that I will serve a copy of this NOTICE OF RELATED ACTIONS

upon each party no later than fourteen days after appearance of the party.

Respectfully submitted,

s/*Joshua C. Webb*_____
Joshua C. Webb (FBN 51679)
Josh.Webb@hwhlaw.com
Val.Taylor@hwhlaw.com
Hill Ward & Henderson, P.A.
101 E. Kennedy Boulevard, Suite 3700
Tampa, Florida 33602
Tel: (813) 221-3900
Fax: (813) 221-2900

-   and   -

Peter J. Brennan
*(PHV pending)*
PBrennan@jenner.com
Jenner & Block LLP
353 N. Clark Street

4

Chicago, IL 60654-3456
Tel: 312 222-9350

Alice S. Kim
*(PHV pending)*
AKim@jenner.com
Jenner & Block LLP
515 South Flower Street, Suite 3300
Los Angeles, CA 90071-2246
Tel: 213 239-5100

*Attorneys for Defendants*