# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JOANNA PUE and SHANNON KOZMIC,

        Plaintiffs,

v.                                        Case No:   6:22-cv-1440-PGB-LHP

KIA AMERICA, INC., HYUNDAI MOTOR AMERICA and HYUNDAI KIA AMERICA TECHNICAL CENTER, INC.,

        Defendants.

## ORDER

This cause came on for consideration without oral argument on the following motions filed herein:

> **MOTION:**   UNOPPOSED MOTION TO ADMIT PETER J. BRENNAN *PRO HAC VICE* **(Doc. No. 24)**
>
> **FILED:**     October 25, 2022
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

> **MOTION:**   UNOPPOSED MOTION TO ADMIT ALICE S. KIM *PRO HAC VICE* **(Doc. No. 25)**

> **FILED:** October 25, 2022
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

Peter J. Brennan, Esq. and Alice S. Kim, Esq. may specially appear in this case as counsel for Defendants. Attorneys Brennan and Kim shall immediately begin using the CM/ECF docket system and begin filing electronically. Counsel must register for a CM/ECF login and password through the website at www.flmd.uscourts.gov under "CM/ECF." Once registered for CM/ECF and added as counsel of record in the case, counsel will receive the Notification of Electronic Filing [NEF] on all documents filed.

The Clerk of Court is directed to mail a copy of this Order to Attorneys Brennan and Kim. Thereafter, the Clerk of Court shall not mail copies of documents filed in this case as counsel of record will receive such documents electronically through CM/ECF.

**DONE** and **ORDERED** in Orlando, Florida on October 27, 2022.

_Leslie Hoffman Price_
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

- 2 -