## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
Middle District of Florida

Case Number: 6:22-CV-01440-PGB-LHP

Plaintiff/Petitioner:
**JOANNA PUE, et al.**
vs.
Defendant/Respondent:
**KIA AMERICA, INC., et al.**

Received by HPS Process Service & Investigations to be served on **Hyundai Motor America, c/o CSC-Lawyers Incorporating Service Company, 2710 Gateway Oaks Drive, Suite 150N, Sacramento, CA 95833**. I, _Chastity V. Meyers_ , do hereby affirm that on the _25th_ day of OCTOBER, 20_22_ at _3:02p_.m., executed service by delivering a true copy of the Summons in a Civil Action and Class Action Complaint & Demand for Jury Trial in accordance with state statutes in the manner marked below:

( ) REGISTERED AGENT SERVICE: By serving _JENN BAUTISTA_____
as _CLERK, CSC, AGENT FOR SERVICE_ for the above-named entity.

( ) RECORDS CUSTODIAN SERVICE: By serving _____
as _____ for the above-named entity.

( ) CORPORATE SERVICE: By serving _____
as_____ for the above-named entity.

( ) OTHER SERVICE: As described in the Comments below.

() NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:**_____
_____
_____
_____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made. I declare under penalty of perjury that the foregoing is true and correct.

PROCESS SERVER # 2012-45
Appointed in accordance with State Statutes

**HPS Process Service & Investigations**
**www.hpsprocess.com**
**1669 Jefferson**
**Kansas City, MO 64108**
**(800) 796-9559**

Our Job Serial Number: 2022017924

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2i