## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

JOANNA K. PUE, on behalf of herself
and all others similarly situated,

and

SHANNON KOZMIC, on behalf of herself
and all others similarly situated,

        Plaintiffs,

vs.                       Case No.:  6:22-cv-01440-PGB-LHP

KIA AMERICA, INC., HYUNDAI
MOTOR AMERICA, and HYUNDAI
KIA AMERICA TECHNICAL CENTER, INC.,

        Defendants.
_____/

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

      I hereby disclose the following pursuant to this Court's interested persons order:

      1.    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action—including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

      Joanna K. Pue, Plaintiff
      Shannon Kozmic, Plaintiff
      The Brad Sohn Law Firm, PLLC, Counsel for Plaintiffs
      Bradford R. Sohn, Counsel for Plaintiffs
      Humphrey, Farrington & McClain, P.C., Counsel for Plaintiffs
      Kenneth B. McClain, Counsel for Plaintiffs
      Jonathan M. Soper, Counsel for Plaintiffs

      Chelsea M. Pierce, Counsel for Plaintiffs
      Kevin D. Stanley, Counsel for Plaintiffs
      Kia America, Inc., Defendant
      Hyundai Motor America, Defendant
      Hyundai America Technical Center, Inc., Defendant
      Kia Corporation, Defendant Kia America, Inc.'s parent
      Hyundai Motor Company, Defendants Hyundai Motor America and Hyundai America Technical Center, Inc.'s parent
      Hill Ward & Henderson, P.A., Counsel for Defendants
      Joshua C. Webb, Counsel for Defendants
      Jenner & Block LLP, Counsel for Defendants
      Peter J. Brennan, Counsel for Defendants
      Alice S. Kim, Counsel for Defendants

    2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    None

    3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

    None

    4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    Defendants deny that Plaintiffs are entitled to the relief requested in this action, and are unaware of any victims.

    5. I certify that I am unaware of any actual or potential conflict of interest involving the District Judge or the Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

Respectfully submitted,

s/*Joshua C. Webb*
Joshua C. Webb (FBN 51679)
Josh.Webb@hwhlaw.com
Val.Taylor@hwhlaw.com
Hill Ward & Henderson, P.A.
101 E. Kennedy Boulevard, Suite 3700
Tampa, Florida 33602
Tel: (813) 221-3900
Fax: (813) 221-2900

- and -

Peter J. Brennan *(PHV)*
PBrennan@jenner.com
Jenner & Block LLP
353 N. Clark Street
Chicago, IL  60654-3456
Tel: 312 222-9350

Alice S. Kim *(PHV)*
AKim@jenner.com
Jenner & Block LLP
515 South Flower Street, Suite 3300
Los Angeles, CA  90071-2246
Tel: 213 239-5100

*Attorneys for Defendants*

17551168v1