# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| JOANNA K. PUE and SHANNON KOZMIC, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KIA AMERICA, INC., HYUNDAI MOTOR AMERICA, and HYUNDAI KIA AMERICA TECHNICAL CENTER, INC.,<br><br>Defendants. | Case No. 6:22-cv-01440<br><br>Hon. Paul G. Byron |

**JOINT MOTION TO STAY ACTION PENDING RULING BY THE U.S. JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

Plaintiffs Joanna K. Pue and Shannon Kozmic (together, "Plaintiffs") and Defendants Kia America, Inc., Hyundai Motor America, and Hyundai America Technical Center, Inc. (collectively, "Defendants") (together with Plaintiffs, the "Parties"), by and through their respective counsel, respectfully move the Court for entry of an order staying this action pending the resolution of the motion to transfer currently pending before the U.S. Judicial Panel on Multidistrict Litigation (the "Panel") in *In re: Kia Hyundai Vehicle Theft Litigation* (MDL No. 3052). Counsel for Plaintiffs and counsel for Defendants have conferred and agree to the relief sought in this motion.

1. Plaintiffs filed their complaint on or around August 12, 2022. *See* ECF 1. Defendants' current deadline to respond to the complaint is December 20, 2022.

*See* ECF 17. Pursuant to Local Rule 3.02, the Parties' deadline to file a Case Management Report is November 21, 2022.

2. On or around August 31, 2022, plaintiffs in an action entitled *McNerney v. Kia America, Inc.*, No. 8:22-cv-01548 (C.D. Cal. Aug. 19, 2022), moved the Panel for an order transferring and consolidating certain related actions, including this action ("Related Actions"). That motion is currently pending before the Panel, and a hearing on that motion is scheduled for December 1, 2022.

3. In light of the foregoing, including given the pending motion to transfer and December 1, 2022 hearing date before the Panel, the Parties have conferred and agree that there is good cause to stay all case deadlines, including the Parties' deadline to file a Case Management Report, until after the Panel rules on the pending motion. The Parties believe that doing so will further judicial economy and efficiency, conserve the Court and the Parties' resources, and avoid duplicative or inconsistent rulings in this action and the other Related Actions. Indeed, "[c]ourts routinely stay an action pending a transfer decision by a MDL panel . . . ." *Stanton v. Wells Fargo & Co.*, 8:16-CV-3318-T-36JSS, 2017 WL 3701143, at *1 (M.D. Fla. Jan. 23, 2017) ("The Court agrees that a stay of these proceedings pending a decision from the JPML will preserve resources and judicial economy, and avoid inconsistent rulings."). And a district court has "broad discretion to stay proceedings" as incidental to its "power to control its own docket"—particularly where, as here, a stay would promote judicial economy and

efficiency. *Clinton v. Jones*, 520 U.S. 681, 706 (1997); *see also Ortega Trujillo v. Conover & Co. Commc'ns*, 221 F.3d 1262, 1264 (11th Cir. 2000) (stating that a "variety of circumstances may justify a district court stay pending the resolution of a related case in another court").

WHEREFORE, the Parties respectfully request that the Court enter an order staying this action and administratively closing the case pending a decision by the Panel in MDL No. 3052.

Dated: November 18, 2022

                          Respectfully submitted,

                          /s/Bradford R. Sohn
                          Bradford Rothwell Sohn
                          BRAD SOHN LAW FIRM, PLLC
                          1600 Ponce De Leon Blvd, Suite 1205
                          Coral Gables, FL 33134
                          Telephone: (786) 708-9750
                          Facsimile: (305) 397-0650
                          Brad@bradsohnlaw.com

                          Kenneth B. McClain (*pro hac vice* forthcoming)
                          Kevin D. Stanley (*pro hac vice* forthcoming)
                          HUMPHREY, FARRINGTON & MCCLAIN, P.C.
                          221 West Lexington Ave., Suite 400
                          Independence, MO 64051
                          Telephone: (816) 836-5050
                          Facsimile: (816) 836-8966
                          kbm@hfmlegal.com
                          kds@hfmlegal.com

                          *Attorneys for Plaintiffs Joanna K. Pue and Shannon Kozmic*

Dated: November 18, 2022

Respectfully submitted,

*/s/Joshua C. Webb*
Joshua C. Webb (FBN 51679)
HILL WARD HENDERSON
101 E. Kennedy Blvd., Suite 3700
Tampa, FL 33602
Telephone: (813) 221-3900
Facsimile: (813) 221-2900
Josh.Webb@hwhlaw.com
Val.Taylor@hwhlaw.com

Peter J. Brennan (*pro hac vice*)
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654-3456
Telephone: (312) 222-9350
Fax: (312) 527-0484
PBrennan@jenner.com

Alice S. Kim (*pro hac vice*)
JENNER & BLOCK LLP
515 South Flower Street, Suite 3300
Los Angeles, California 90071-2246
Telephone: (213) 239-5100
Fax: (213) 239-5199
AKim@jenner.com

*Attorneys for Defendants Kia America, Inc., Hyundai Motor America, and Hyundai America Technical Center, Inc.*