## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

JOANNA K. PUE and SHANNON
KOZMIC, on behalf of themselves and
all others similarly situated,

         Plaintiffs,

   v.

KIA AMERICA, INC., HYUNDAI
MOTOR AMERICA, and HYUNDAI
KIA AMERICA TECHNICAL CENTER,
INC.,

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)

Case No. 6:22-cv-01440

Hon. Paul G. Byron

### JOINT STATUS REPORT

Plaintiffs Joanna K. Pue and Shannon Kozmic (together, "Plaintiffs") and Defendants Kia America, Inc., Hyundai Motor America, and Hyundai America Technical Center, Inc. (collectively, "Defendants") (together with Plaintiffs, the "Parties") respectfully submit the following joint status report:

1. On November 21, 2022, the Court issued an endorsed order granting the Parties' Joint Motion to Stay Action Pending Ruling by the U.S. Judicial Panel on Multidistrict Litigation (the "Panel") and staying this action. *See* ECF 32.

2. On December 13, 2022, the Panel issued a transfer order in *In re: Kia Hyundai Vehicle Theft Marketing, Sales Practices, and Products Liability Litigation*, MDL No. 3052, transferring certain related actions, including this action ("Related Actions"), to the Central District of California. *See* ECF 33.

3. On December 28, 2022, "Acknowledgment" of the transfer was

entered on this action's docket.

4.     The Related Actions, including this action, are currently part of the MDL proceeding assigned to the Honorable James V. Selna of the Central District of California for coordinated or consolidated proceedings, captioned: *In re: Kia Hyundai Vehicle Theft Marketing, Sales Practices, and Products Liability Litigation*, No. 8:22-ML-3052.

5.     As part of that MDL proceeding, Judge Selna recently held a June 12, 2023 status conference.  Plaintiffs' Consumer Class Action Leadership Committee and Defendants also informed Judge Selna of a settlement-in-principle of the consumer class action claims.   Plaintiffs' Consumer Class Action Leadership Committee will move for preliminary approval on or around July 20, 2023.  That motion is set to be heard on August 15, 2023.  *See* June 12, 2023 Minutes, *In re: Kia Hyundai Vehicle Theft Marketing, Sales Practices, and Products Liability Litigation* (No. 8:22-ML-3052), ECF 145; *see also* Order re Joint Stipulation re Filing Date for Motion for Preliminary Settlement Approval Order, *In re: Kia Hyundai Vehicle Theft Marketing, Sales Practices, and Products Liability Litigation* (No. 8:22-ML-3052), ECF 162.

Dated: July 19, 2023

Respectfully submitted,

/s/*Bradford Rothwell Sohn*

Bradford Rothwell Sohn
BRAD SOHN LAW FIRM, PLLC
1600 Ponce De Leon Blvd, Suite 1205
Coral Gables, FL 33134
Telephone: (786) 708-9750
Facsimile: (305) 397-0650
Brad@bradsohnlaw.com

Kenneth B. McClain (*pro hac vice* forthcoming)
Kevin D. Stanley (*pro hac vice* forthcoming)
HUMPHREY, FARRINGTON & MCCLAIN, P.C.
221 West Lexington Ave., Suite 400
Independence, MO 64051
Telephone: (816) 836-5050
Facsimile: (816) 836-8966
kbm@hfmlegal.com
kds@hfmlegal.com

*Attorneys for Plaintiffs Joanna K. Pue and Shannon Kozmic*

Dated: July 19, 2023

Respectfully submitted,

/s/*Joshua C. Webb*

Joshua C. Webb (FBN 51679)
HILL WARD HENDERSON
101 E. Kennedy Blvd., Suite 3700
Tampa, FL 33602
Telephone: (813) 221-3900
Facsimile: (813) 221-2900
Josh.Webb@hwhlaw.com
Val.Taylor@hwhlaw.com

3

Peter J. Brennan (*pro hac vice*)
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654-3456
Telephone: (312) 222-9350
Fax: (312) 527-0484
PBrennan@jenner.com

Alice S. Kim (*pro hac vice*)
JENNER & BLOCK LLP
515 South Flower Street, Suite 3300
Los Angeles, California 90071-2246
Telephone: (213) 239-5100
Fax: (213) 239-5199
AKim@jenner.com

*Attorneys for Defendants Kia America, Inc., Hyundai Motor America, and Hyundai America Technical Center, Inc.*